**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-01718-CMA-KMT

BRIAN JOHNSON,

    Plaintiff,

v.

SEVEN CORNERS, INC.,
THOSE CERTAIN UNDERWRITERS AT LLOYD'C, LONDON,
who subscribe to Certificate #RPCV100566286,

    Defendants

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to and in accordance with the Stipulation for Dismissal With Prejudice (Doc. # 27), signed by the attorneys for the parties hereto, it is

ORDERED that this case and all claims are DISMISSED WITH PREJUDICE, each party to pay his or its own attorney fees and costs.

DATED: February   21  , 2014

                        BY THE COURT:

                        _____
                        CHRISTINE M. ARGUELLO
                        United States District Court Judge